HOLLAND & KNIGHT LLP
Thomas D. Leland (Pro Hac Vice)
Leah E. Capritta (Pro Hac Vice)
1801 California Street, Suite 5000
Denver, Colorado 80202
Telephone: (303) 974-6660
Facsimile: (303) 974-6659
Email: thomas.leland@hklaw.com
       leah.capritta@hklaw.com

John Kern (SBN 206001)
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
Email: john.kern@hklaw.com

Rachel Agius (SBN 305934)
150 N. Riverside Plaza, Ste. 2700
Chicago, Illinois 60606
Telephone: (312) 263-3600
Facsimile: (312) 578-6666
Email: rachel.agius@hklaw.com

Attorneys for Defendant
VISTA ENERGY MARKETING, L.P. and IRISH MARKETING LLC

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| MONICA YOSHIDA, individually and on behalf of all others similarly situated,<br>  Plaintiffs,<br><br>vs.<br><br>VISTA ENERGY MARKETING LP, a Texas limited partnership; IRISH MARKETING LLC, a Texas limited liability company; RANSLEM CAPITAL LP, a Texas limited partnership; WHALE FAMILY INVESTMENTS LP, a Texas limited partnership; DAVID RANSLEM, an individual; MICHAEL WHALEN, an individual; RETHINK DIRECT INC., a Pennsylvania corporation; KENNY MCGUFFEY, an individual; TRAVIS SMITH, an individual;<br>  Defendants. | Case No.: 2:20−CV−01944−TLN−CKD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT** |

IT IS HEREBY ORDERED:

1. The Stipulation to Extend Time for Defendants to Respond to the Amended Complaint is GRANTED.

2. Pursuant to the Parties' agreement, Defendants Vista Energy Marketing, L.P., Irish Marketing LLC, together with Ranslem Capital LP, Whale Family Investments LP, David Ranslem, and Michael Whalen will answer or otherwise respond to Plaintiff's Amended Complaint on or before October 31, 2020.

DATED: October 5, 2020

Troy L. Nunley
United States District Judge

Holland & Knight LLP
1801 California Street, Suite 5000
Denver, Colorado 80202
Tel: 303.974.6660
Fax: 303.974.6659