HOLLAND & KNIGHT LLP
Thomas D. Leland (Pro Hac Vice)
Leah E. Capritta (Pro Hac Vice)
1801 California Street, Suite 5000
Denver, Colorado 80202
Telephone: (303) 974-6660
Facsimile: (303) 974-6659
Email:  thomas.leland@hklaw.com
        leah.capritta@hklaw.com

John Kern (SBN 206001)
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
Email: john.kern@hklaw.com

Rachel Agius (SBN 305934)
150 N. Riverside Plaza, Ste. 2700
Chicago, Illinois 60606
Telephone: (312) 263-3600
Facsimile: (312) 578-6666
Email: rachel.agius@hklaw.com

Attorneys for Defendant
VISTA ENERGY MARKETING, L.P. and IRISH MARKETING L.L.C.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MONICA YOSHIDA, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br><br>vs.<br><br>VISTA ENERGY MARKETING LP, a Texas limited partnership; IRISH MARKETING LLC, a Texas limited liability company; RANSLEM CAPITAL LP, a Texas limited partnership; WHALE FAMILY INVESTMENTS LP, a Texas limited partnership; DAVID RANSLEM, an individual; MICHAEL WHALEN, an individual; RETHINK DIRECT INC., a Pennsylvania corporation; KENNY MCGUFFEY, an individual; TRAVIS SMITH, an individual; and DOES 1-2,500,<br>Defendants. | Case No.: 2:20−CV−01944−TLN−CKD<br><br>**ORDER GRANTING STIPULATION TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER AND STAY DISCOVERY AND SCHEDULING OBLIGATIONS PENDING THE COURT'S RULINGS ON THE MOTION TO COMPEL ARBITRATION AND MOTIONS TO DISMISS** |

IT IS HEREBY ORDERED:

1. The Stipulation to Modify Initial Pretrial Scheduling Order and Stay Discovery and Scheduling Obligations Pending the Court's Rulings on the Motion to Compel Arbitration and Motions to Dismiss is granted.

2. Pursuant to the parties' agreement, the Court hereby modifies the Initial Pretrial Scheduling Order to stay discovery, the Rule 26(f) conference, and all other scheduling obligations in this case pending the Court's rulings on the motion to compel arbitration (Dkt. 17) and motions to dismiss (Dkts. 18 & 19).

Dated: February 1, 2021

_____
Troy L. Nunley
United States District Judge

Holland & Knight LLP
1801 California Street, Suite 5000
Denver, Colorado 80202
Tel: 303.974.6660
Fax: 303.974.6659